**Order entered February 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00173-CR
### No. 05-12-00174-CR

## MAHIR ABDALRAZZAAQEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00580-H, F11-00581-H**

## ORDER

The Court **REINSTATES** the appeals.

On February 15, 2013, we ordered the trial court to make findings regard why appellant's brief had not been filed. On February 25, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the February 15, 2013 order.

We **GRANT** the February 25, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE